DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICHOLAS KNOPICK,**
Appellant,

v.

**COUSINS LAW, APA,**
Appellee.

No. 4D23-535

[June 22, 2023]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 502018CA014521XXXXMB.

William H. McLean of McLean Law, P.A., Panama City, for appellant.

Patrick S. Cousins of Cousins Law, APA, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***